**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| ESTATE OF LOUIS CHARLES HAMILTON, II, LOUIS CHARLES HAMILTONII, INTERNATIONAL CRIMINAL COURT, ET AL, INTERNATIONAL COURT JUSTICE, ET AL, UNITED KINGDOM, ET AL, BLACKLIVESMATTER, ET AL, <br><br>*Plaintiffs*, <br><br>v. <br><br>PRESIDENT DONALD JOHN TRUMP, SR., ET AL, <br><br>*Defendant*. | § § § § § § § § § § § § § § § § CIVIL ACTION NO. 1:20-CV-00277-MJT <br><br> JUDGE MICHAEL TRUNCALE |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. The court has received and considered the report of the magistrate judge (Doc. No. 3), which recommends dismissing *pro se* Plaintiff Estate of Louis Charles Hamilton II's ("Hamilton") complaint as frivolous. Hamilton failed to file objections and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's "Report and Recommendation" (Doc. No. 3) is **ADOPTED** and Hamilton's complaint is **DISMISSED** as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

Furthermore, given Hamilton's past *pro se* filing history, Hamilton is warned that he could be subject to sanctions, including filing restrictions, should he continue to file frivolous suits in this District.

A Final Judgment will be entered separately.

**SIGNED this 3rd day of August, 2020.**

_____
Michael J. Truncale
United States District Judge